**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERTO E. HERNANDEZ,

    Plaintiff/Appellant,

v.                                                    Case No.  6:26-cv-137-JSS

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, SUCCESSOR IN INTEREST
TO BANK OF AMERICA, NATIONAL
ASSOCIATION, AS TRUSTEE, SUCCESSOR
BY MERGER TO LASALLE BANK,
NATIONAL ASSOCIATION, AS TRUSTEE
FOR MERILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-1

    Defendant/Appellee.

_____

## APPELLEE'S NOTICE REGARDING UNIFORM CASE MANAGEMENT REPORT

U.S. Bank National Association, As Trustee, Successor In Interest To Bank Of

America, National Association, As Trustee, Successor By Merger To Lasalle Bank,

National Association, As Trustee For Merrill Lynch First Franklin Mortgage Loan

Trust, Mortgage Pass-Through Certificates, Series 2007-1, ("Appellee"), by and

through its undersigned counsel, files this Notice Regarding Uniform Case

Management Report, and in support states as follows:

1.     On May 8, 2025, Roberto E. Hernandez ("Appellant") commenced a

Chapter 13 Bankruptcy Case, styled In re Roberto E. Hernandez, Case Number

6:25-02758-GER (the "Bankruptcy Case").

2.    On December 5, 2025, the Bankruptcy Court entered an Order (1) Denying Confirmation and Dismissing Case With Prejudice, (2) Overruling Objection to Claim as Moot, (3) Denying Motion for Sanctions, and (4) Denying Other Pending Requests as Moot (the "Dismissal Order").

3.    On January 21, 2026, Appellant filed a Notice of Appeal [Dkt. No. 1] appealing the Dismissal Order. The Notice of Appeal commenced the above captioned case (the "Appeal"). As stated above, Appellee was named as a Defendant/Appellee.

4.    On January 23, 2026, the Court issued an Initial Case Order [Dkt. No. 2] that provided when required by Local Rule 3.02, counsel and any unrepresented party shall confer and file a Case Management Report.

5.     Pursuant to Local Rule 3.02(d)(11), an appeal of an order or judgment by a bankruptcy judge is an exception as to the requirements for the Case Management Report. As such, the parties are exempt from the Case Management requirements regarding the Case Management Report.

WHEREFORE, Appellee respectfully requests that parties be exempt from the Case Management requirements regarding the Case Management Report pursuant to Local Rule 3.02(d)(11).

Dated:  March 17, 2026

Respectfully Submitted:

*/s/ Jennifer Laufgas*
Jennifer Laufgas (SBN 56181)
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
jlaufgas@aldridgepite.com
*Attorneys for Appellee*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 17th day of March 2026 via the Court's Notice of Electronic Filing on those parties who are registered CM/ECF participants in this case or Regular U.S. Mail to the parties listed on the service list.

Roberto E. Hernandez
2102 Meadowmouse St.
Orlando, FL 32837

Laurie K. Weatherford
Chapter 13 Standing Bankruptcy Trustee
150 N Orange Ave, Suite 401
Orlando, FL 32801
lauriew@c13orl.com

Dated: March 17, 2026

*/s/ Jennifer Laufgas*
Jennifer Laufgas (SBN 56181)
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
jlaufgas@aldridgepite.com
*Attorneys for Appellee*